Varrel E. MITCHELL, Plaintiff–Appellant,

v.

Vincent IGOE, Albany County Sheriff's Deputy, John Doe, Albany County Sheriff's Deputy, Gary H. Filion, former Superintendent, Coxsackie Correctional Facility, Kim Gerber, School Principal, Coxsackie Correctional Facility, A. Green, Inmate Record Coordinator, Coxsackie Correctional Facility, Todd Wilhelm, Senior Corrections Counselor, Coxsackie Correctional Facility, Neal Crystal, Corrections Counselor, Coxsackie Correctional Facility, Ms. Ryan, Corrections Counselor, Coxsackie Correctional Facility, Thomas Delsantis, Transitional Services Coordinator, Coxsackie Correctional Facility, Rev. Lewis, Protestant Chaplain, Coxsackie Correctional Facility, Daniel Glidden, Corrections Officer, Coxsackie Correctional Facility, Mr. Hans, Corrections Officer, Coxsackie Correctional Facility, Mr. Jaconis, Corrections Officer, Coxsackie Correctional Facility, Mr. Kane, Corrections Officer, Coxsackie Correctional Facility, Mr. McIntyre, Corrections Officer, Coxsackie Correctional Facility, Mr. Conklin, Corrections Officer, Coxsackie Correctional Facility, and Ms. Fargar, Coxsackie Correctional Facility, Defendants–Appellees,

Thomas Breslin, Albany County Court Judge, Eliot Spitzer, former New York State Attorney General, Anthony Annucci, Deputy Commissioner and Chief Counsel of the New York State Department of Correctional Services, Brian Malone, Inspector General of the New York State Department of Correctional Services, Kenneth McLaughlin, Director of Operations in the Office of the Inspector General for the New York State Department of Correctional Services, and David Soares, Albany County District Attorney, Defendants.*

No. 09–4524–pr.

United States Court of Appeals, Second Circuit.

Jan. 25, 2011.

* The Clerk of Court is directed to amend the caption to read as shown above.

Varrel Mitchell, Attica Correctional Facility, Attica, NY, for Appellant.

Andrew B. Ayers, Assistant Solicitor General (Andrew M. Cuomo, Attorney General of the State of New York, on the brief, and Barbara D. Underwood, Solicitor General, and Nancy A. Spiegel, Senior Assistant Solicitor General of counsel), Office of the Attorney General, Albany, NY, for Defendants–Appellees Gary H. Filion, Kim Gerber, A. Green, Todd Wilhelm, Neal Crystal, Ms. Ryan, Thomas Delsantis, Rev. Lewis, Mr. Jaconis, Mr. Hans, Mr. Kane, Mr. McIntyre, Mr. Conklin, and Ms. Fargar, for Appellees.

Robert P. Roche, Albany, NY, for Defendants–Appellees Vincent Igoe and John Doe.

PRESENT: JOSÉ A. CABRANES, REENA RAGGI, Circuit Judges, RICHARD K. EATON, Judge.**

### SUMMARY ORDER

Appellant Varrel E. Mitchell, *pro se* and incarcerated, appeals the judgment of the District Court granting the appellees' motions for summary judgment and dismissing his 42 U.S.C. § 1983 complaint, which alleged that the appellees violated his constitutional rights by unlawfully circulating information regarding his criminal conviction to inmates and employees at Coxsackie Correctional Facility, encouraging inmates to assault him based on this information, and interfering with his ability to perfect his criminal appeal. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review an order granting summary judgment *de novo* and ask whether the district court properly concluded that there were no genuine issues of material fact and that the moving party was entitled to judgment as a matter of law. *ReliaStar Life Ins. Co. v. Home Depot U.S.A., Inc.*, 570 F.3d 513, 517 (2d Cir.2009). In determining whether there are genuine issues of material fact, we are "required to resolve all ambiguities and draw all permissible factual inferences in favor of the party against whom summary judgment is sought," *Terry v. Ashcroft*, 336 F.3d 128, 137 (2d Cir.2003) (quotation marks omitted), but "conclusory statements or mere allegations [are] not sufficient to defeat a summary judgment motion." *Davis v. New York*, 316 F.3d 93, 100 (2d Cir.2002).

Following review of the record, we conclude that the District Court properly granted the appellees' motions for summary judgment, and we thus affirm the District Court's judgment for substantially the same reasons as set forth in the Magistrate Judge's well-reasoned and thorough report and recommendation (which was adopted by the District Court). Mitchell's arguments challenging the District Court's judgment are without merit, as the record clearly reveals that Mitchell failed to produce any evidence to support his allegations that the appellees violated his constitutional rights.

For the foregoing reasons, the judgment of the District Court is hereby **AFFIRMED.**

** The Honorable Richard K. Eaton, of the United States Court of International Trade, sitting by designation.